**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7940**

———————————

KENNETH B. HAMILTON,

                              Plaintiff - Appellant,

        versus

JAMES B. HUNT, JR.; FRANKLIN E. FREEMAN, JR.;
D. G. LUTHER,

                              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-95-958-5-BO)

———————————

Submitted:  July 25, 1996          Decided:  August 7, 1996

———————————

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kenneth B. Hamilton, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hamilton v. Hunt</u>, No. CA-95-958-5-BO (E.D.N.C. Nov. 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2